■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY AMAKER, Appellant. [683 NYS2d 862] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 26, 1993 (*People v Amaker*, 195 AD2d 605), affirming a judgment of the Supreme Court, Kings County, rendered October 30, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Copertino and Thompson, JJ., concur.